## THE HONORABLE BARBARA JACOBS ROTHSTEIN

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

IN RE: PHENYLPROPANOLAMINE (PPA)
PRODUCTS LIABILITY LITIGATION

MDL Docket No.: 1407

------------------------------------------------------------

This document relates to:

*Regina Mitchell*

v.

*Wyeth f/k/a American Home Products Corporation
and Wyeth-Ayerst Laboratories,
Chattem, Inc., and Bayer Corporation*

------------------------------------------------------------

Civil Action No. 2:04-cv-01116-BJR

**ORDER GRANTING
SUMMARY JUDGMENT
IN FAVOR OF WYETH**

The Court has reviewed the summary judgment motion of Defendant Wyeth, formerly known as American Home Products Corporation, for itself and its unincorporated division Wyeth Pharmaceuticals, formerly known as Wyeth-Ayerst Laboratories. The Court has determined that there is no genuine issue as to any material fact and that Wyeth is entitled to a judgment as a matter of law. Therefore, Wyeth's motion is GRANTED. The Plaintiff's claims against Wyeth, formerly known as American Home Products Corporation, and its unincorporated division Wyeth Pharmaceuticals, formerly known as Wyeth-Ayerst Laboratories, are dismissed with prejudice.

DATED at Seattle, Washington, this 7th day of October , 2005.

Barbara Jacobs Rothstein
United States District Judge

04-CV-01116-ORD